JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG TON, | NO. EDCV 25-02894-AGR |
| Petitioner, | JUDGMENT |
| v. | |
| TODD M. LYONS, et al., | |
| Respondents. | |

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus, filed concurrently with this Judgment, IT IS ADJUDGED that:

1. Respondents are enjoined from re-detaining Petitioner absent compliance with constitutional, statutory, and regulatory protections, which at a minimum include pre-deprivation notice describing the change in circumstances requiring his re-detention and a timely hearing.

2. Nothing in this order or judgment prevents the Government from taking Petitioner into custody after it obtains a travel document for his removal to Hong Kong and follows any applicable statutory or regulatory procedures.

3.  The above-captioned action is dismissed without prejudice.

DATED:  May 15, 2026

_____
ALICIA G. ROSENBERG
United States Magistrate Judge